FILED
ASHEVILLE, N.C.

NOV 10 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>INFORMATION ASSOCIATED WITH HALFABUCK32@GMAIL.COM AND JJMURTAUGH@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 1:15mj131<br><br>ORDER TO SEAL SEARCH WARRANT, AFFIDAVIT AND APPLICATION |

UPON MOTION of the United States of America for an order directing that the Search Warrant, Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter, to prevent the destruction of evidence and prevent potential influence of witnesses until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant, Affidavit and Application, the Motion to Seal and this Order be **SEALED** until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 9th day of November 2015.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE