FILED
ASHEVILLE, N.C.

NOV 17 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF HALFABUCK32@GMAIL.COM AND JJMURTAUGH@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. Case No. 1:15mj131<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the accounts listed in the warrant) of the existence of the underlying warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the underlying warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the underlying warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Google may disclose the warrant to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

November 17, 2015
Date

Dennis L. Howell
United States Magistrate Judge